1 | RILEY A. CLAYTON
Nevada Bar No. 005260
2 | rclayton@lawhjc.com

3 | **HALL JAFFE & CLAYTON, LLP**
7425 PEAK DRIVE
4 | LAS VEGAS, NEVADA 89128
(702) 316-4111
5 | FAX (702)316-4114

6 | Attorneys for Defendant,
*CSAA General Insurance Company*
7 |

8 | **UNITED STATES DISTRICT COURT**

9 | **DISTRICT OF NEVADA**

10 | DEBORAH NEPA, an individual

11 |        Plaintiff, | CASE NO.: 2:15-cv-01330-JAD-PAL

12 | vs.

13 | CSAA GENERAL INSURANCE | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**
COMPANY; DOES I through XV; ROE
14 | CORPORATIONS I through X, inclusive,

15 |        Defendants.

16 |

17 |

     IT IS HEREBY STIPULATED by and between the Plaintiff, Deborah Nepa, and Defendant,
18 |
CSAA General Insurance Company, parties hereto, by and through their respective counsel, Patti, Sgro
19 |
& Lewis, for Plaintiff, and Hall Jaffe & Clayton, LLP, for Defendant, that this matter be dismissed with
20 |
/ / /
21 |
/ / /
22 |
/ / /
23 |
/ / /
24 |
/ / /
25 |
/ / /
26 |
/ / /
27 |

28 |

1  prejudice, each party to bear its own costs and attorney fees.

2  DATED this $\underline{20}$ day of October, 2015.  DATED this $\underline{20^{th}}$ day of October, 2015.

3  PATTI, SGRO & LEWIS  HALL JAFFE & CLAYTON, LLP

4

5  By _____  By _____

6  Andrew D. Sedlock, Esq.  Riley A. Clayton, Esq.
   Nevada Bar No. 009183  Nevada Bar No.005260

7  720 S. Seventh Street, Third Floor  7425 Peak Drive
   Las Vegas, NV 89101  Las Vegas, Nevada 89128

8  Attorney for Plaintiff  Attorney for Defendant

9

10                    **ORDER**

11      Based on the parties' stipulation, IT IS HEREBY ORDERED that this action is

12  DISMISSED with prejudice, each side to bear its own fees and costs.  The Clerk of

13  Court is instructed to close this case.

14      Dated:  October 20, 2015.

15

16

17  _____

18  UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28                           2